FILED
CLERK, U.S. DISTRICT COURT

JUL 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                            DEPUTY

# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LOUIS WILLIAM RIVERA,<br><br>    Petitioner,<br><br>  v.<br><br>T. FELKER,<br><br>    Respondent. | No. CV 08-792 GW (CW)<br><br>ORDER ACCEPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE |

  Pursuant to 28 U.S.C. § 636(b)(1)(C), the court has reviewed the entire record in this action, as well as the Report and Recommendation of the United States Magistrate Judge. No objections to the Report and Recommendation have been received.

  Accordingly, **IT IS ORDERED**: (1) that the Report and Recommendation of the United States Magistrate Judge be accepted; (2) that respondent's motion to dismiss (docket no. 8, filed March 20, 2008) be granted; and (3) that judgment be entered dismissing the petition with prejudice.

**IT IS FURTHER ORDERED** that this order and the judgment herein be served on the parties.

DATED: July 18, 2009

_____
GEORGE H. WU
United States District Judge