FILED
CLERK, U.S. DISTRICT COURT

JUL 18 2009

CENTRAL DISTRICT OF CALIFORNIA
BY                                    DEPUTY

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| LOUIS WILLIAM RIVERA, | ) | No. CV 08-792 GW (CW) |
| Petitioner, | ) | JUDGMENT |
| v. | ) | |
| T. FELKER, | ) | |
| Respondent. | ) | |

**IT IS ADJUDGED** that the petition for writ of habeas corpus is dismissed with prejudice.

DATED: *July 18, 2009*


_____
GEORGE H. WU
United States District Judge